UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>   Plaintiff,<br><br>   vs.<br><br>L. L. SHULTEIS, et al.,<br><br>   Defendants. | 1:08-cv-00615-LJO-GSA-PC<br><br>ORDER DIRECTING CLERK TO RE-SERVE SECOND INFORMATIONAL ORDER WITH RAND NOTICE UPON PLAINTIFF<br><br>(Doc. 17-1.) |

Plaintiff is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On December 16, 2011, Defendants filed a motion to dismiss this action for Plaintiff's failure to exhaust administrative remedies. (Doc. 22.) By this motion, Defendants seek to dismiss this action in its entirety.

On September 23, 2011, the Court issued the Second Informational Order, Motion to Dismiss Notice, and Summary Judgment Notice in this action, providing Plaintiff with notice pursuant to Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998), advising Plaintiff of his rights and responsibilities to oppose a motion to dismiss such as that filed by Defendants in this action. (Doc. 17-1.) At this juncture, Plaintiff shall be provided with another copy of the Order/Notice. Woods v. Carey, No. 09-15548, 09-16113, 2012 WL 2626912 (9th Cir. July 6, 2012). Plaintiff is advised to immediately review the Order/Notice in its entirety for information pertaining to his opposition to Defendants' pending motion to dismiss.

1  Accordingly, IT IS HEREBY ORDERED that the Clerk shall serve another copy of the Second
2  Informational Order, Motion to Dismiss Notice and Summary Judgment Notice (Doc. 17-1) upon
3  Plaintiff, for his review.

5  IT IS SO ORDERED.

6  **Dated:** **July 9, 2012**        /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE