IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE, | 1:08-cv-00615-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 37.) |
| L. L. SCHULTEIS, et al., | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS DAVIS AND DUFFY |
| | (Doc. 22.) |
| Defendants. | ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANTS DAVIS AND DUFFY, WITH LEAVE TO AMEND |
| | (Resolves Doc. 40.) |
| | THIRTY DAY DEADLINE FOR PLAINTIFF TO EITHER:<br>(1) FILE SECOND AMENDED COMPLAINT, OR<br>(2) NOTIFY THE COURT HE IS WILLING TO PROCEED ONLY AGAINST DEFENDANTS BUSBY, HOPKINS, AND JOHN DOE SERGEANT FOR USE OF EXCESSIVE FORCE IN VIOLATION OF THE EIGHTH AMENDMENT |

Jaques Fearence ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 10, 2013, findings and recommendations were entered, recommending that Defendants' motion to dismiss the claims against defendants Davis and Duffy, filed on December 16, 2011, be granted, with leave to amend. (Doc. 37.) On February 22, 2013, Plaintiff filed objections to the findings and recommendations. (Doc. 42.)

1

1 In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 10, 2013, are adopted in full;

2. Defendants' motion to dismiss the claims against defendants Davis and Duffy, filed on December 16, 2011, is GRANTED;

3. Plaintiff's claims against defendants Davis and Duffy are DISMISSED, with leave to amend;

4. The Clerk's Office shall send Plaintiff a civil rights complaint form;

5. Plaintiff is GRANTED thirty days from the date of service of this order in which to either:

    (1) file a Second Amended Complaint, or

    (2) notify the Court he is willing to proceed only against defendants Busby, Hopkins, and John Doe Sergeant for use of excessive force in violation of the Eighth Amendment;

6. If Plaintiff chooses to file an amended complaint, he shall caption it "Second Amended Complaint" and refer to the case number 1:08-cv-00615-LJO-GSA-PC; and

7. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **March 8, 2013**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE