# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES FEARANCE,<br><br>            Plaintiff,<br><br>   vs.<br><br>L. L. SCHULTEIS, et al.,<br><br>            Defendants. | 1:08-cv-00615-LJO-GSA-PC<br><br>ORDER GRANTING PARTIES THIRTY DAYS IN WHICH TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS OF APRIL 1, 2013<br>(Doc. 45.)<br><br>THIRTY DAY DEADLINE |

Jacques Fearance ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On April 1, 2013, findings and recommendations were entered, recommending that this case proceed on the claims found cognizable by the court in the Second Amended Complaint, with objections, if any, due in thirty days. (Doc. 45.) The court inadvertently omitted its instructions for the parties to file objections. Therefore, the parties shall now be given the court's instructions and granted thirty days in which to file objections, if any.

The court's instructions are as follows:

The findings and recommendations issued on April 1, 2013, are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty days after from the date of this order, the parties may file written objections to the findings and recommendations with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that the parties to this action are GRANTED thirty days from the date of service of this order in which to file objections to the findings and recommendations issued on April 1, 2013.

IT IS SO ORDERED.

    Dated:   **May 9, 2013**                    **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE