UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>L. L. SHULTEIS, et al.,<br><br>　　　　　Defendants. | 1:08-cv-00615-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 45.)<br><br>ORDER FOR THIS ACTION TO PROCEED ON PLAINTIFF'S SECOND AMENDED COMPLAINT ON CLAIMS FOUND COGNIZABLE BY THE COURT, AND DISMISSING ALL OTHER CLAIMS<br><br>ORDER FOR DEFENDANTS TO FILE ANSWER TO SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS |

　　　Jacques Fearance ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On April 1, 2013, the court entered findings and recommendations, recommending that this action proceed only on the claims found cognizable by the court in the Second Amended Complaint, and that all other claims be dismissed from this action based on Plaintiff's failure to state a claim. (Doc. 45.) On May 10, 2013, the parties were provided an opportunity to file objections to the findings and recommendations within thirty days. (Doc. 47.) To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

### III. CONCLUSION

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on April 1, 2013, are ADOPTED in full;
2. This action now proceeds on Plaintiff's Second Amended Complaint, filed on March 25, 2013, against defendants Hopkins and Busby for use of excessive force; against defendants Hopkins, Davis, Duffy, and John Doe for failure to protect Plaintiff; and against defendants Hopkins, Busby, Davis, Duffy, and John Doe for conspiracy to use excessive force against Plaintiff, for damages only;
3. All other claims are dismissed from this action;
4. Plaintiff's claims for verbal harassment and injunctive relief are dismissed from this action; and
5. Defendants are required to file an Answer to the Second Amended Complaint within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 25, 2013**             **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE