UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES FEARENCE,<br><br>   Plaintiff,<br><br>  vs.<br><br>L. L. SCHULTEIS, et al.,<br><br>   Defendants. | 1:08-cv-00615-LJO-GSA-PC<br><br>ORDER DENYING MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND REQUEST FOR SUBPOENA FORM, WITHOUT PREJUDICE<br>(Doc. 45.) |

  Jacques Fearence ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on the Third Amended Complaint, filed by Plaintiff on November 22, 2013, against defendants Hopkins, Davis, Duffy, and Beckett for failure to protect Plaintiff, and against defendants Hopkins, Busby, Davis, Duffy, and Beckett for conspiracy to use excessive force.[1] (Doc. 64.)

  On December 19, 2013, Plaintiff filed a motion for extension of the discovery deadline and requested a subpoena form. (Doc. 66.) In light of the fact that discovery was stayed in this action on January 17, 2014, pending the filing of Defendants' answer, Plaintiff's motion shall be denied, without prejudice to renewal of the motion at a later stage of the proceedings.

---

[1] On January 24, 2014, the court dismissed all remaining claims and defendants from this action, based on Plaintiff's failure to state a claim. (Doc. 67.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion filed on December 19, 2013, is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **January 30, 2014**                              **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE