1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>    Plaintiff,<br><br>    vs.<br><br>L. L. SCHULTEIS, et al.,<br><br>    Defendants. | 1:08-cv-00615-LJO-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS UNDER RULE 37(b)<br>(Doc. 55.) |

## I.  BACKGROUND

Jaques Fearence ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on the Third Amended Complaint filed by Plaintiff on November 22, 2013, against defendants Hopkins, Davis, Duffy, and Beckett for failure to protect Plaintiff, and against defendants Hopkins, Busby, Davis, Duffy, and Beckett for conspiracy to use excessive force. (Doc. 64.)

On September 16, 2013, Plaintiff filed a motion for discovery sanctions under Rule 37(b). (Doc. 55.) On September 30, 2013, Defendants filed an opposition. (Doc. 56.) Plaintiff did not file a reply to the opposition. (Court Record.)

## II.  MOTION FOR SANCTIONS -- RULE 37(b)

Under Rule 37(b) of the Federal Rules of Civil Procedure, if a party fails to obey an order to provide or permit discovery, the court may issue further just orders which may include compelling compliance with the order or imposing sanctions. Fed. R. Civ. P. 37(b).

### A. **Plaintiff's Motion**

Plaintiff requests the imposition of sanctions upon Defendants based on Defendants' failure to comply with the forty-five day deadline to provide discovery responses, established in the Court's discovery/scheduling order of July 15, 2013. Plaintiff argues that as of September 12, 2013,[1] the date of Plaintiff's motion, the Court's deadline had expired, and Defendants had not responded to Plaintiff's discovery requests. Plaintiff declares that on July 25, 2013, he served Defendants with a Request for Production of Documents and Interrogatories, ensuring that Defendants had forty-five days in which to respond. (Declaration of Jaques Fearence, Doc. 55 at 2 ¶6.) On September 4, 2013, Plaintiff received a phone call from defense counsel Elliott T. Seals, informing Plaintiff that the forty-five day deadline for responses would not be met, and requesting an extension of time. (Id. ¶¶2,3.) Plaintiff informed defense counsel that Plaintiff did not have the authority to extend the deadline, and that defense counsel would have to file a motion for extension of time with the court. (Id. ¶¶5,6.)

### B. **Defendants' Opposition**

Defendants argue that they complied with the court's deadline to respond to discovery requests and timely served Plaintiff with their responses. Defendants assert that Plaintiff served each Defendant with a set of Interrogatories and a set of Requests for Production of Documents on July 25, 2013, causing Defendants' responses to be due forty-five days later on September 9, 2013. (Declaration of Jaques Fearence, Doc. 55 at 2 ¶6; Doc. 51.) Defense counsel asserts that on September 4, 2013, he spoke with Plaintiff on the phone and informed him that he would need additional time to respond to the discovery requests. Because of Plaintiff's unwillingness to agree to an extension of time, Defendants filed a motion for extension of time with the court on September 6, 2013. (Doc. 53.) On September 12, 2013, the court granted Defendants a fourteen-day extension of time, and Defendants assert that they served their responses on Plaintiff on September 24, 2013, within the time provided by the Court's September 12, 2013 order. (Doc. 54.)

---

[1] Plaintiff's motion for sanctions was signed on September 12, 2013 and filed on September 16, 2013. (Doc. 55 at 3.)

### C. **Discussion**

The court's discovery/scheduling order, issued on July 15, 2013, informed the parties that "[r]esponses to written discovery requests shall be due forty-five (45) days after the request is first served." (Doc. 51 at 1 ¶2.) Plaintiff served his requests for discovery on Defendants on July 25, 2013, causing Defendants' responses to be due by September 9, 2013. (Declaration of Jaques Fearence, Doc. 55 at 2 ¶6.) Plaintiff has not opposed Defendants' assertion that they served their discovery responses on September 24, 2013. (Doc. 56 at 2:9-10.) Taking Defendants' assertion as true, their responses were not untimely because on September 12, 2013, the Court granted Defendants fourteen days in which to file their discovery responses. (Doc. 54.) Therefore, Plaintiff's motion for sanctions shall be denied.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for discovery sanctions, filed on September 16, 2013, is DENIED.

IT IS SO ORDERED.

Dated: **February 14, 2014**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE