UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>       Plaintiff,<br><br>   vs.<br><br>L. L. SCHULTEIS, et al.,<br><br>       Defendants. | 1:08-cv-00615-LJO-GSA-PC<br><br>ORDER DENYING REQUEST FOR<br>ISSUANCE OF SUBPOENA,<br>WITHOUT PREJUDICE<br>(Doc. 76.) |

## I.    BACKGROUND

Jaques Fearence ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on the Third Amended Complaint filed by Plaintiff on November 22, 2013, against defendants Hopkins and Busby for use of excessive force; against defendants Hopkins, Davis, Duffy, and Beckett for failure to protect Plaintiff; and against defendants Hopkins, Busby, Davis, Duffy, and Beckett for conspiracy to use excessive force.  (Doc. 64.)

This case is currently in the discovery phase, pursuant to the court's scheduling order issued on February 19, 2014.  (Doc. 74.)  On March 3, 2014, Plaintiff filed a request, seeking the issuance of a subpoena duces tecum commanding non-party Kim Holland, Warden of the California Correctional Institution/Litigation Office, to provide the following documents and information:

     --      Any designated documents or electronically stored information including writings, drawings, graphs, charts, photographs, sound and video recordings,

images, and other data or data compilations in regard to Plaintiff's cell extraction on August 11, 2005; and

--      Any and all policies, directives, or instructions to staff concerning the use of force with MK-9 foggers OC pepper spray, in year 2005.

For the reasons set forth below, Plaintiff's present request is denied, without prejudice.

Subject to certain requirements set forth herein, Plaintiff is entitled to the issuance of a subpoena commanding the production of documents from non-parties, and to service of the subpoena by the United States Marshal.  Fed. R. Civ. P. 45; 28 U.S.C. 1915(d).  However, the Court will consider granting such a request *only if* the documents sought from the non-party are not equally available to Plaintiff and are not obtainable from Defendants through a request for production of documents.  Fed. R. Civ. P. 34.  Also, some of the documents sought by Plaintiff may be kept in Plaintiff's central file at the prison, to which he is entitled to access.

If Plaintiff wishes to make another request for the issuance of a records subpoena, he may file a motion requesting the issuance of a subpoena duces tecum that (1) identifies with specificity the documents sought and from whom, and (2) makes a showing in the motion that the records are only obtainable through that third party.

For the reasons set forth above, IT IS HEREBY ORDERED that Plaintiff's request for the issuance of subpoenas, filed on March 3, 2014 is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   **March 6, 2014**                              **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE