UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>L. L. SCHULTEIS, et al.,<br><br>　　　　Defendants. | 1:08-cv-00615-LJO-GSA-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE<br><br>(Doc. 78.) |

　　　　Jaques Fearence ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on the Third Amended Complaint filed by Plaintiff on November 22, 2013, against defendants Hopkins and Busby for use of excessive force; against defendants Hopkins, Davis, Duffy, and Beckett for failure to protect Plaintiff; and against defendants Hopkins, Busby, Davis, Duffy, and Beckett ("Defendants") for conspiracy to use excessive force.  (Doc. 64.)

　　　　This case is currently in the discovery phase, pursuant to the court's scheduling order issued on February 19, 2014.  (Doc. 74.)  On March 13, 2014, Defendants filed a request for leave to depose Plaintiff by videoconference.  Fed. R. Civ. P. 30(b)(4).  (Doc. 78.)

　　　　Good cause having been shown, Defendants' request is HEREBY GRANTED.

IT IS SO ORDERED.

　Dated:　　**March 18, 2014**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE