# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES FEARENCE,<br><br>Plaintiff,<br><br>v.<br><br>S. HOPKINS, et al.,<br><br>Defendants. | Case No. 1:08-cv-00615-SAB-PC<br><br>ORDER SETTING TELEPHONIC CONFERENCE CALL |

Plaintiff Jacques Fearence is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302; ECF Nos. 106 & 107.

This action is proceeding against Defendant Hopkins for use of excessive force and against Defendants Beckett, Davis and Duffy for failure to protect Plaintiff from Defendant Hopkins' use of force.

In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

Accordingly, IT IS HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **November 13, 2015, at 10:30 a.m.,** in Courtroom 9 before the undersigned; and

///

///

1

2. Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **October 30, 2015**

UNITED STATES MAGISTRATE JUDGE