# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>          Plaintiff,<br><br>     v.<br><br>S. HOPKINS, et al.,<br><br>          Defendants. | Case No.  1:08-cv-00615-SAB-PC<br><br>ORDER AMENDING TRIAL SCHEDULING ORDER<br><br>(ECF No. 110) |

On November 16, 2015, a trial scheduling order was entered, setting trial and pretrial dates for this action.  The Court set a telephonic hearing on motions in limine for March 28, 2016, at 2:00 p.m.  Line 11 of page 11 of the trial scheduling order reflects an incorrect date for the telephonic hearing on motions in limine.  Line 11 of page 11 of the trial scheduling order is therefore amended to reflect March 28, 2016, at 2:00 p.m. as the time and date for a telephonic hearing on motions in limine.

IT IS SO ORDERED.

Dated:   **January 8, 2016**

UNITED STATES MAGISTRATE JUDGE

1