# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. HOPKINS, et al.,<br><br>　　　　Defendants. | Case No. 1:08-cv-00615-SAB-PC<br><br>ORDER DENYING AS PREMATURE PLAINTIFF'S MOTION FOR LEAVE TO FILE JOINT PRETRIAL STATEMENTS<br><br>(ECF NO. 114) |

Plaintiff has filed a motion requesting leave to file joint pretrial statements. Plaintiff indicates that he is unaware of how to proceed before trial, and would like to file a joint exhibits with defense counsel.

Plaintiff is advised that his pretrial statement is due January 26, 2016, and Defendants' pretrial statement is due February 2, 2016. The Court will address any pretrial issues at the February 16, 2016, pretrial hearing. The Court will issue a pretrial order after the hearing, setting forth detailed requirements for trial, including the preparing and marking of exhibits. Plaintiff's request to file joint exhibits is therefore premature.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to file joint exhibits is denied as premature.

IT IS SO ORDERED.

Dated: **January 19, 2016**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1