**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAQUES FEARENCE, | )  Case No.: 1:08-cv-00615-SAB (PC) |
| Plaintiff, | ) |
| | ) |
| v. | )  ORDER DIRECTING PLAINTIFF TO SUBMIT PRETRIAL STATEMENT BY FEBRUARY 12, 2016 |
| L. L. SCHULTEIS, et al., | ) |
| Defendant. | ) |
| | ) |

Plaintiff Jaques Fearence is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on April 5, 2016, and the telephonic pretrial conference is set for February 16, 2016, at 3:00 p.m. before the undersigned.

Pursuant to the Court's November 6, 2015, trial scheduling order, Plaintiff's pretrial statement was due on before January 26, 2016.  (ECF No. 110.)  To date, Plaintiff has not filed his pretrial statement, and Plaintiff is HEREBY DIRECTED to file his pretrial statement on or before February 12, 2016.  The failure to file a pretrial statement may result in precluding Plaintiff from presenting certain evidence and/or calling certain witnesses during trial.

IT IS SO ORDERED.

Dated:   **February 3, 2016**

_____
UNITED STATES MAGISTRATE JUDGE