# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. HOPKINS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:08-cv-00615-SAB (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Plaintiff Jaques Fearence is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The Court has determined that this case will benefit from a settlement conference.  Therefore, this case will be referred to Magistrate Judge Michael J. Seng to conduct a settlement conference on February 26, 2016 at 10:30 a.m. in Courtroom 6 at the U.S. District Court in Fresno, California.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Michael J. Seng on February 16, 2016, at 10:30 a.m. in Department 6.
2. A representative with full and unlimited authority to negotiate and enter into a binding settlement on the defendants' behalf shall attend in person.
3. Those in attendance must be prepared to discuss the claims, defenses and damages.

The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions.  In addition, the conference will not proceed and will be reset to another date.

4. The Clerk of the Court is directed to serve a copy of this order on the Litigation Coordinator at Lancaster State Prison, via facsimile.

IT IS SO ORDERED.

Dated: __**February 19, 2016**__

UNITED STATES MAGISTRATE JUDGE