1

2

3

4

5

6

7

8

9        **UNITED STATES DISTRICT COURT**

10       **EASTERN DISTRICT OF CALIFORNIA**

11

12   JAQUES FEARENCE,                          Case No.: 1:08-cv-00615-SAB (PC)

13              Plaintiff,

14        v.                                    AMENDED ORDER SETTING
                                                SETTLEMENT CONFERENCE
15   S. HOPKINS, et al.,

16              Defendants.

17

18        Plaintiff Jaques Fearencen is appearing pro se and in forma pauperis in this civil rights

19   action pursuant to 42 U.S.C. § 1983.  The Court has determined that this case will benefit from a

20   settlement conference.  Therefore, this case will be referred to Magistrate Judge Michael J. Seng

21   to conduct a settlement conference  on February 26, 2016 at 10:30 a.m. in Courtroom 6 at the

22   U.S. District Court in Fresno, California.

23        In accordance with the above, IT IS HEREBY ORDERED that:

24        1.   This case is set for a settlement conference before Magistrate Judge Michael J. Seng

25             on February 26, 2016, at 10:30 a.m. in Department 6.

26        2.   A representative with full and unlimited authority to negotiate and enter into a binding

27             settlement on the defendants' behalf shall attend in person.

28        3.   Those in attendance must be prepared to discuss the claims, defenses and damages.

1

The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions.  In addition, the conference will not proceed and will be reset to another date.

4.   The Clerk of the Court is directed to serve a copy of this order on the Litigation Coordinator at Lancaster State Prison, via facsimile.

IT IS SO ORDERED.

Dated:   **February 19, 2016**

UNITED STATES MAGISTRATE JUDGE

2