UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>                  Plaintiff,<br><br>v.<br><br>S. HOPKINS, et al.,<br><br>                  Defendants. | Case No. 1:08-cv-00615-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE JAQUES FEARENCE, CDCR # V-51385<br><br>DATE: 02/26/2016<br>TIME: 10:30 a.m.<br>COURTROOM: 6 (MSJ) |

Inmate Jaques Fearence, CDCR # V-51385, a necessary and material witness on his own behalf in proceedings in this case on 02/26/2016, is confined at California State Prison Los Angeles County in Lancaster, California, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Michael J. Seng at the U. S. District Court, Courtroom 6, 2500 Tulare Street, Fresno, California, 93721, on Friday, February 26, 2016, at 10:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Seng.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To the Warden of California State Prison, Lancaster, P.O. Box 8457 Lancaster, CA, 93539-8457:**

    **WE COMMAND** you to produce the inmate named above to appear before Judge Seng at the time and place above, until completion of the settlement conference or as ordered by Judge Seng.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:     **February 19, 2016**                                              _____
                                                                                                      UNITED STATES MAGISTRATE JUDGE

