UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>             Plaintiff,<br><br>       v.<br><br>SCHULTEIS, et al.,<br><br>             Defendants. | Case No.: 1:08-cv-00615-SAB<br><br>**ORDER PLAINITIFF NO LONGER REQUIRED  FOR SETTLEMENT CONFERENCE** |

Settlement Conference as to Jaques Fearence  #V-51385, has concluded and he can be returned to his permanent housing unit.

IT IS SO ORDERED.

Dated:   February 26, 2016                             /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE

1