# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. HOPKINS, et al.,<br><br>　　　　Defendants. | Case No. 1:08-cv-00615-SAB-PC<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR TRIAL<br><br>(ECF NO. 132) |

This matter was set for jury trial on April 5, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on April 5, 2016, at 8:30 a.m. The case has settled, and all trial and pretrial dates have been vacated.

Accordingly, Plaintiff Jaques Fearence, CDCR No. V-51385, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

Dated: __March 18, 2016__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1