# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARANCE,<br><br>            Plaintiff,<br><br>     v.<br><br>L L. SCHULTEIS, et al.,<br><br>            Defendants. | Case No.  1:08-cv-00615-SAB-PC<br><br>ORDER DISMISSING THIS ACTION PURSUANT TO STIPULATION OF THE PARTIES<br><br>(ECF NO. 139) |

On May 9, 2016, the parties submitted a stipulation for voluntary dismissal of this action with prejudice.  The stipulation is subscribed by Plaintiff appearing pro se and counsel for Defendants. (ECF No. 139.)

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this action shall be dismissed with prejudice.  Each party shall bear their own costs.

IT IS SO ORDERED.

Dated:   **May 10, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1